UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DWIGHT H. GREEN, | MOTION TO VACATE<br>28 U.S.C. § 2255 |
| | CRIMINAL NO.<br>4:09-CR-0034-RLV |
| Movant, | CIVIL ACTION NO. |
| v. | NO. 4:12-CV-306-RLV |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

O R D E R

In an order dated April 26, 2013, the court directed the movant to file additional information in support of his motion for recusal. However, the movant has failed to submit any additional information within the time allowed by this court's April 26, 2013 order. Therefore, the court turns to the magistrate judge's March 19, 2013 report and recommendation, which was previously held in abeyance.

After carefully considering the report and recommendation of the magistrate judge dated March 19, 2013 [Doc. No. 148], the court receives it with approval and adopts it as the opinion and order of this court. Therefore, for the reasons set forth in the March 19,

2013 report and recommendation, the court DISMISSES this matter WITHOUT PREJUDICE.

SO ORDERED, this 6th day of June, 2013.

_____
ROBERT L. VINING, JR.
Senior United States District Judge